UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY JORDAN MANKIN, on behalf of
herself and other similarly situated,

      Plaintiff,

v.                                     Case No.: 8:15-cv-02071-VMC-JSS

HAIR THERAPY FOR WOMEN, LLC.
a Florida limited liability company, and
BOBBI RUSSELL, an individual,

      Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

The undersigned attorneys for the parties in the above-captioned case, and pursuant to local Rule 3.08, jointly file this NOTICE OF SETTLEMENT, and advise this court that the parties have resolved all issues related to this matter.

Respectfully submitted on December 10, 2015

| | |
|---|---|
| /s/ Jay P. Lechner | /s/ Kimberly Isner Monticello |
| JAY P. LECHNER | KIMBERLY ISNER MONTICELLO |
| Florida Bar No.: 0504351 | Florida Bar No.: 056069 |
| Whittel & Melton, LLC | Monticello Law Firm, PA. |
| 200 Central Ave., Suite 400 | 2202 N. Westshore Blvd., Suite 200 |
| St. Petersburg, FL 33701 | Tampa, Florida 33607 |
| Telephone: (727) 822-1111 | Telephone: (813) 367-3677 |
| Facsimile: (727) 898-2001 | Facsimile: (855) 767-5734 |
| lechnerj@theFLlawfirm.com | kmonticello@monticellolawfirm.com |
| Attorney for Plaintiff | Attorney for Defendants |
| Ashley Jordan Mankin | Hair Therapy for Women and Bobbi Russell |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December 2015, I electronically filed the foregoing with the Court and served upon the following via the CM/ECF system:

Jay P. Lechner
Jason M. Melton
Whittel & Melton, LLC
One Progress Plaza
200 Central Ave., Suite 400
St. Petersburg, FL 33701
pleadings@theFLlawfirm.com
lechnerj@the FLlawfirm.com
daveyard@theFLlawfirm.com

                                          /s/ Kimberly Isner Monticello
                                          Attorney