UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM WHITLEY, et al.,

    Plaintiffs,

v.                                              CASE NO.: 8:11-cv-1272-T-23TBM

CUMBEY AND FAIR, INC.,

    Defendant.
_____/

**ORDER**

    The plaintiffs, William Whitley, Craig Bouffard, and Kathleen Lanzner, worked for, and own stock in, the defendant, engineering firm Cumbey & Fair, Inc. According to a complaint Cumbey & Fair submitted in state court, Whitley, Bouffard, and Lanzner were vice-presidents of Cumbey & Fair who left and formed a new engineering firm. Surprisingly, this is an action under the Fair Labor Standards Act, and the parties seek (Doc. 10) approval of their settlement. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982).

    Cumbey & Fair's state court complaint alleges that Whitley, Bouffard, and Lanzner infringed Cumbey & Fair's copyrights and committed other wrongs through the new firm. The state court complaint declares also that Whitley, Bouffard, and Lanzner continue to hold Cumbey & Fair stock. After Cumbey & Fair sued in state court, Whitley, Bouffard, and Lanzner commenced this FLSA action for overtime wages. (The complaint alleges that Cumbey & Fair paid Whitley and Lanzner $50 an hour and

Bouffard $46 an hour. Under 29 U.S.C. § 206(a)(1), the federal minimum wage is $7.25 an hour.) In three settlements, the parties agree that Cumbey & Fair will purchase the plaintiffs' stock – worth hundreds of thousands of dollars – and that the parties will dismiss both lawsuits with prejudice.

Three individuals, likely professionals toward whom the FLSA shrugs with indifference, sue a firm for overtime wages and agree to a complex stock redemption, in which the probably baseless FLSA claims are stipulated away as an afterthought. In this peculiar circumstance the parties lack a bona fide FLSA dispute. Judicial approval of the settlement is awkward and unnecessary.

This action is **DISMISSED WITH PREJUDICE**. The clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on November 17, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE